IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | Case No. 3:07CR18 |
| DUSTIN SMITH | ) | JUDGE WALTER H. RICE |
| | ) | |

## ORDER

As a result of the telephone conference held on January 31, 2018, the Court ordered the following conditions of supervised release be added on an immediate basis:

    The defendant shall not consume alcoholic beverages.

    The defendant is to be monitored by the use of alcohol monitoring technology (Soberlink) as directed by the probation officer. The alcohol monitoring will be utilized for purposes of verifying compliance with the special condition of supervision that prohibits the defendant from consuming alcohol. The participant shall pay all or part of the costs of alcohol monitoring based on his ability to pay as determined by the probation officer.

Dated this 2nd day of February, 2018

                                                                United States District Judge

Copies to:

U.S. Attorney's Office
Defense counsel
U.S. Probation Office