IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.                          Case No.   3:07cr018

DUSTIN SMITH,                JUDGE WALTER H. RICE

    Defendant.

---

ENTRY

---

Given Defendant's recent performance on supervision, including his progress in Reentry Court, his Supervised Release is terminated, effective immediately.

Should Mr. Smith ever be in downtown Dayton, near the federal building, the undersigned would be honored if he (Mr. Smith) would drop by, in order for the Court to shake his hand, congratulate him and wish him well.

 

March 8, 2019                              WALTER H. RICE
                                        UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Cameron Williams, U.S. Probation Officer